McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America





# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL ALVA, GEORGE FRANCO, CATHERINE STUCKEY, and IAN HOFFMANN | CASE NO. 2:19-MJ-0073-AC<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and supporting affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: 5/10/19

Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER          1