MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>GABRIEL ALVA et al.,<br><br>             Defendants. | CASE NO. 2:19-MJ-00073-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: June 20, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

      Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney GRANT B. RABENN, and defendants GABRIEL ALVA, CATHERINE STUCKEY, and GEORGE FRANCO, through her respective counsels of record, Stephen R. Kahn, Candice L. Fields, and Tasha P. Chalfant, hereby stipulate as follows:

      1.     The Complaint in this case was filed on May 13, 2009, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on May 30, 2019. The court set a preliminary hearing date of June 20, 2019.

      2.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to July 25, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 20, 2019, and July 25, 2019, be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(B)(iv), Local Code T-4.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 7, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ GRANT B. RABENN<br>GRANT B. RABENN<br>Assistant United States Attorney |
| Dated: June 7, 2019 | /s/ STEPHEN R. KAHN<br>STEPHEN R. KAHN<br>Counsel for Defendant<br>GABRIEL ALVA |
| Dated: June 7, 2019 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>CATHERINE STUCKEY |
| Dated: June 7, 2019 | /s/ TASHA P. CHALFANT<br>TASHA P. CHALFANT<br>Counsel for Defendant<br>GEORGE FRANCO |

STIPULATION    2