MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:19-MJ-00073-AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| GABRIEL ALVA et al., | DATE: July 25, 2019 |
| Defendants. | TIME: 2:00 p.m. COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States

Attorney GRANT B. RABENN, and defendants GABRIEL ALVA, CATHERINE STUCKEY,

GEORGE FRANCO, and IAN HOFFMANN, through their respective counsels of record, Stephen R.

Kahn, Candice L. Fields, Tasha P. Chalfant, and Todd Leras, hereby stipulate as follows:

1.       The Complaint in this case was filed on May 13, 2019, and defendants Alva, Stuckey,

and Franco first appeared before a judicial officer of the Court in which the charges in this case were

pending on May 30, 2019.  Defendant Hoffmann first appeared in this District on June 20, 2019.  By

stipulation of the parties and order of the Court, the preliminary hearing is currently scheduled for July

25, 2019.  The government has produced pre-indictment discovery, which defense counsel is currently

reviewing.

2.       By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to August 29, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

1    of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

2    defense reasonable time for preparation, and for the government's continuing investigation of the case.

3    The parties further agree that the interests of justice served by granting this continuance outweigh the

4    best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

5           3.      The parties agree that good cause exists for the extension of time, and that the extension

6    of time would not adversely affect the public interest in the prompt disposition of criminal cases.

7    Therefore, the parties request that the time between July 25, 2019, and August 29, 2019, be excluded

8    pursuant to 18 U.S.C. § 3161(b) & (h)(7)(B)(iv), Local Code T-4.

9           IT IS SO STIPULATED.

10

11   Dated:  July 19, 2019                              MCGREGOR W. SCOTT
                                                        United States Attorney
12

13                                                      /s/ GRANT B. RABENN
                                                        GRANT B. RABENN
                                                        Assistant United States Attorney
14

15

16   Dated:  July 19, 2019                              /s/ STEPHEN R. KAHN
                                                        STEPHEN R. KAHN
                                                        Counsel for Defendant
17                                                      GABRIEL ALVA

18

19   Dated:  July 19, 2019                              /s/ CANDICE L. FIELDS
                                                        CANDICE L. FIELDS
20                                                      Counsel for Defendant
                                                        CATHERINE STUCKEY
21

22   Dated:  July 19, 2019                              /s/ TASHA P. CHALFANT
                                                        TASHA P. CHALFANT
23                                                      Counsel for Defendant
                                                        GEORGE FRANCO
24

25

26   Dated:  July 19, 2019                              /s/ TODD LERAS
                                                        TODD LERAS
                                                        Counsel for Defendant
27                                                      IAN HOFFMANN

28

STIPULATION                                    2