1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2799
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00073-AC |
12 |          Plaintiff,         | STIPULATION AND [PROPOSED] ORDER BETWEEN THE UNITED STATES AND DEFENDANTS GABRIEL ALVA, IAN HOFFMANN, CATHERINE STUCKEY, AND GEORGE FRANCO. |
13 |          v.                 | |
14 | GABRIEL ALVA, et al.,       | |
15 |          Defendants.        | |

16

17                      **STIPULATION**

18     WHEREAS, the discovery in this case is voluminous and contains personal information

19 including but not limited to Social Security numbers, dates of birth, financial account numbers,

20 telephone numbers, residential addresses, and information potentially regarding confidential informants

21 ("Protected Information"); and

22     WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

23 unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court

24 proceedings in this matter;

25     The parties agree that entry of a stipulated protective order is appropriate.

26     THEREFORE, defendants, GABRIEL ALVA, IAN HOFFMANN, CATHERINE STUCKEY,

27 and GEORGE FRANCO, by and through their counsels of record, respectively, Stephen Kahn, Todd

28

Leras, Candice Fields, and Tasha Chalfant ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER

2

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: August 22, 2019         MCGREGOR W. SCOTT
                                United States Attorney


                                /s/ Grant B. Rabenn
                                GRANT B. RABENN
                                Assistant United States Attorney

Dated: August 22, 2019          /s/ Stephen Kahn
                                STEPHEN KAHN
                                Counsel for Defendant Gabriel Alva


Dated: August 22, 2019          /s/ Todd Leras
                                TODD LERAS
                                Counsel for Defendant Ian Hoffmann


Dated: August 22, 2019          /s/ Candice Fields
                                CANDICE FIELDS
                                Counsel for Defendant Catherine Stuckey


Dated: August 22, 2019          /s/ Tasha Chalfant
                                TASHA CHALFANT
                                Counsel for Defendant George Franco


## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this _____ day of August, 2019



                                _____
                                HON. KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                3