1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00073-AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| GABRIEL ALVA et al., | DATE: October 17, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney GRANT B. RABENN, and defendants GABRIEL ALVA, CATHERINE STUCKEY, GEORGE FRANCO, and IAN HOFFMANN, through their respective counsels of record, Stephen R. Kahn, Candice L. Fields, Tasha P. Chalfant, and Todd Leras, hereby stipulate as follows:

1. The Complaint in this case was filed on May 13, 2019, and defendants Alva, Stuckey, and Franco first appeared before a judicial officer of the Court in which the charges in this case were pending on May 30, 2019. Defendant Hoffmann first appeared in this District on June 20, 2019. By stipulation of the parties and order of the Court, the preliminary hearing is currently scheduled for October 17, 2019. The government has produced pre-indictment discovery, which defense counsel is currently reviewing.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 31, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

STIPULATION                     1

of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 17, 2019, and January 31, 2020, be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 15, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ GRANT B. RABENN<br>GRANT B. RABENN<br>Assistant United States Attorney |
| Dated: October 15, 2019 | /s/ STEPHEN R. KAHN<br>STEPHEN R. KAHN<br>Counsel for Defendant<br>GABRIEL ALVA |
| Dated: October 15, 2019 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>CATHERINE STUCKEY |
| Dated: October 15, 2019 | /s/ TASHA P. CHALFANT<br>TASHA P. CHALFANT<br>Counsel for Defendant<br>GEORGE FRANCO |
| Dated: October 15, 2019 | /s/ TODD LERAS<br>TODD LERAS<br>Counsel for Defendant<br>IAN HOFFMANN |