

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FILED
JAN 24 2020
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
v.

GABRIEL ALVA, GEORGE FRANCO,
CATHERINE STUCKEY, and IAN HOFFMANN

*Defendant*

Case No. 2:19-MJ-0073 AC

UNSEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CATHERINE STUCKEY   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 U.S.C § 846 (Conspiracy to Manufacture, to Distribute, and to Possess with Intent to Distribute Controlled Substances); Title 21 U.S.C. § 841 (Distribution of Controlled Substances); and Title 18 U.S.C. §§ 1956, 1957 (Money Laundering and Conspiracy).

Date: 5/10/19

*Issuing officer's signature*

City and state:  Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* MAY 13 2019 , and the person was arrested on *(date)* MAY 16 2019
at *(city and state)* WOODLAND HILLS, CA

Date: MAY 16 2019

*Arresting officer's signature*
SIGNED FOR FBI AGENT

_____, United States Magistrate Judge
*Printed name and title*