McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 2 6 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR--44-JAM |
|---|---|
| Plaintiff, | |
| v. | 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A) – Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance |
| CATHERINE STUCKEY, | |
| Defendant. | |

# INFORMATION

<u>COUNT ONE</u>: [21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A) – CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE]

The United States Attorney charges: T H A T

CATHERINE STUCKEY,

defendant herein, beginning at a time no later than in or around June 2018 and continuing through in or around May 2019, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire with other persons, knowing and unknown, to knowingly and intentionally distribute at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine,

1 | a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and
2 | 841(a)(1) & (b)(1)(A).

Dated:

McGREGOR W. SCOTT
United States Attorney

By: _____
GRANT B. RABENN
Assistant United States Attorney

<u>**United States v. CATHERINE STUCKEY**</u>
<u>**Penalties for Information**</u>

**COUNT 1:**         CATHERINE STUCKEY

VIOLATION:        21 U.S.C. § 846 and 841(a)(1) & (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

PENALTIES:       A maximum of up to life and a mandatory minimum of 10 years imprisonment
Fine of up to $10,000,000; or both fine and imprisonment
At least 4 years and no greater than 5 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)