# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | United States v. Catherine Stuckey, 2:20-CR-00044 JAM | *Date:* | February 27, 2020 |
| *To:* | The Honorable John A. Mendez | *From:* | GRANT B. RABENN<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

    The parties request that the Court set on calendar the above-referenced matter to 9:15 a.m. on April 14, 2020, for Change of Plea on the Information filed on February 26, 2020.

    The parties have been contacted informally, and will have additional notice through this request and any further notice the Court files.

    Defendant Catherine Stuckey is currently out of custody.