# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | Case No. |
| v. | ) | |
| | ) | |
| CATHERINE STUCKEY | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/24/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

CANDICE FIELDS
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*