MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>CATHERINE STUCKEY,<br><br>                    Defendant. | CASE NO. 2:20-CR-00044-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 20, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a preliminary hearing on March 20, 2020, and time was ordered excluded under the Speedy Trial Act through this date. An information was filed against the defendant on February 26, 2020, and a change of plea hearing was scheduled for April 14, 2020. By order of the Court, the change of plea for the defendant was reset for June 23, 2020.

2.      By this stipulation, defendant now moves to continue the status conference until June 23, 2020, and to exclude time between April 22, 2020 and June 23, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related document in electronic form. All of this discovery has

1    been either produced directly to counsel and/or made available for inspection and copying.

2         b)      Counsel for defendant desires additional time to consult with her client, to review

3    discovery, and to prepare for the change of plea hearing.

4         c)      Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny her the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.

7         d)      The government does not object to the continuance.

8         e)      Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of April 22, 2020 to June 23, 2020,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 22, 2020                                        MCGREGOR W. SCOTT
                                                             United States Attorney


                                                             /s/ GRANT B. RABENN
                                                             GRANT B. RABENN
                                                             Assistant United States Attorney

Dated:  April 22, 2020                                        /s/ CANDICE L. FIELDS
                                                             CANDICE L. FIELDS
                                                             Counsel for Defendant
                                                             CATHERINE STUCKEY


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.


                                                             THE HONORABLE JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT JUDGE