

## MEMORANDUM

DATE:        June 11, 2020

TO:          Harry Vine, Courtroom Deputy
                The Honorable John A. Mendez

FROM:     Candice L. Fields
                Attorney for Defendant Catherine Stuckey

RE:          United States v. Alva, et al.
                2:20-CR-00044-JAM

Harry -

An arraignment on information and change of plea hearing in the above-referenced matter is currently set to occur on June 23, 2020. The parties mutually agree to continue the hearing to July 14, 2020. I have confirmed that the selected date is available.

Thank you.

                                            */s/ Candice L. Fields*
                                            CANDICE L. FIELDS
                                            Attorney for defendant
                                            Catherine Stuckey

_____

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com