

# MEMORANDUM

DATE:       June 26, 2020

TO:         Judy Streeter, Courtroom Deputy
            The Honorable Carolyn K. Delaney

FROM:       Candice L. Fields
            Attorney for Defendant Catherine Stuckey

RE:         United States v. Stuckey
            2:20-CR-00044-JAM

Ms. Streeter:

The parties would like to have defendant Catherine Stuckey arraigned on July 9, 2020, at 2:00 p.m. She is out of custody. If necessary, arrangements will be made with Pretrial Services to have a pretrial interview conducted and report prepared. I will work out that detail with AUSA Rabenn prior to July 9.

We previously determined that this date is available. Thank you.

>   */s/ Candice L. Fields*
>   CANDICE L. FIELDS
>   Attorney for defendant
>   Catherine Stuckey

cc: AUSA G. Rabenn

---

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com