# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>CATHERINE STUCKEY<br>*Defendant* | )<br>) Case No. 2:20-cr-0044 JAM<br>)<br>)<br>) |

**FILED**
Jul 9, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/24/2020   7/9/2020

*Defendant's signature*

*Signature of defendant's attorney*

CANDICE FIELDS
*Printed name of defendant's attorney*

*Judge's signature*

Carolyn K. Delaney, US Magistrate Judge
*Judge's printed name and title*