| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| v. | CASE NO. **2:20−CR−00044−JAM** |
| **CATHERINE STUCKEY ,** | SCHEDULE FOR DISCLOSURE OF PRE−SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **7/14/2020** |
| Judgment and sentencing date: | **10/20/2020** |
| Reply or statement of non−opposition: | **10/13/2020** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **10/6/2020** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **9/29/2020** |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **9/22/2020** |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | **9/8/2020** |
| Copies of this schedule given this date in court to: | AUSA − Defense Counsel − USPO |

Dated:   July 14, 2020

By: /s/ G. Michel
COURTROOM CLERK