

CANDICE FIELDS
—LAW—

**MEMORANDUM**

DATE:        October 15, 2020

TO:          Gabe Michel, Courtroom Deputy
             The Honorable John A. Mendez

FROM:        Candice L. Fields
             Attorney for Defendant Catherine Stuckey

RE:          United States v. Stuckey; 2:20-CR-00044-JAM

Harry:

The sentencing hearing in the above-referenced matter is currently set to occur on October 20, 2020. The parties mutually agree to continue sentencing to **February 23, 2021**. The selected sentencing date appears to be available. The proposed Amended Schedule for Disclosure is as follows:

Dave of Referral to Probation:  Completed

Draft PSR disclosed to counsel no later than:  01/12/2021

Counsel's written objections to the Pre−Sentence Report shall
be delivered to the Probation Officer and opposing counsel no later than:  01/26/2021

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:  02/02/2021

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  02/09/2021

Reply or statement of non−opposition:  02/16/2021

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

                              */s/ Candice L. Fields*
                              CANDICE L. FIELDS
                              Attorney for defendant Catherine Stuckey

---

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com