

# MEMORANDUM

DATE:        February 19, 2021

TO:          Gabe Michel, Courtroom Deputy
               The Honorable John A. Mendez

FROM:      Candice L. Fields
               Attorney for Defendant Catherine Stuckey

RE:          United States v. Stuckey; 2:20-CR-00044-JAM

Gabe:

The sentencing hearing in the above-referenced matter is currently set to occur on February 23, 2021. The parties mutually agree to continue sentencing to **May 25, 2021**. The selected sentencing date appears to be available. The proposed Amended Schedule for Disclosure is as follows:

Date of Referral to Probation:  Completed

Draft PSR disclosed to counsel no later than:  04/13/2021

Counsel's written objections to the Pre−Sentence Report shall
be delivered to the Probation Officer and opposing counsel no later than:  04/27/2021

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:  05/04/2021

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  05/11/2021

Reply or statement of non−opposition:  05/18/2021

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

                                                   */s/ Candice L. Fields*
                                                   CANDICE L. FIELDS
                                                   Attorney for defendant Catherine Stuckey

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com