1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 2:20-CR-00044 JAM

12 |         Plaintiff,                    DESIGNATION OF COUNSEL

13 |    v.

14 | CATHERINE STUCKEY.,

15 |         Defendant.

16

17     The United States of America requests that Assistant U.S. Attorney SAM STEFANKI be added

18 as lead counsel of record for plaintiff to the above-referenced case and added as such to the service list

19 of actions.

20     In addition, please remove former Assistant U.S. Attorney GRANT B. RABENN as he is no

21 longer associated in this case and remove him from the service list of actions.

22

23  Dated: May 10, 2021                           PHILLIP A. TALBERT
                                                  Acting United States Attorney
24

25                                          By:  /s/ Sam Stefanki
                                                 SAM STEFANKI
26                                               Assistant United States Attorney

27

28

DESIGNATION OF COUNSEL