PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IAN HOFFMANN, <br><br> Defendant. | CASE NO. 2:21-CR-00017-MCE <br><br> NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE STUCKEY, <br><br> Defendant. | CASE NO. 2:20-CR-00044-JAM <br><br> NOTICE OF RELATED CASES |

The United States of America (the "government") hereby provides notice to the Court that the above-referenced cases appear to be related within the meaning of Local Rule 123(a).

Defendant Catherine Stuckey is charged via information with one count of violating 21 U.S.C. §§ 846 and 841(a)(1) by conspiring to distribute heroin, cocaine, and methamphetamine through the dark web. Information, *United States v. Stuckey*, No. 2:20-cr-00044-JAM (E.D. Cal. Feb. 26, 2020), ECF No. 51 [hereinafter *Stuckey*]. On July 14, 2020, Stuckey pleaded guilty to the sole count of the

information.  *Stuckey*, ECF No. 64.  Stuckey is scheduled to be sentenced on May 25, 2021.  *Stuckey*, ECF No. 69.

Defendant Ian Hoffmann is charged in a separate information with violating the same provisions of federal criminal law as Stuckey.  Information, *United States v. Hoffmann*, No. 2:21-cr-00017-MCE (E.D. Cal. Jan. 26, 2021), ECF No. 62 [hereinafter *Hoffmann*].  Hoffmann is presently set to appear for a status conference on May 20, 2021.  *Hoffmann*, ECF No. 69.

Stuckey and Hoffmann were originally charged in the same criminal complaint.  *See* Compl., *United States v. Alva*, No. 2:19-mj-00073-AC (E.D. Cal. May 13, 2019), ECF No. 1.  The charging documents in Stuckey's and Hoffmann's separate cases allege that the two participated in the same conspiracy to distribute controlled substances using the dark web.  Accordingly, at any upcoming sentencing hearings or trials in this case, the government anticipates providing information to the Court concerning the alleged conspiracy involving both Hoffmann and Stuckey.

Based on the above, it would save the parties and the Court substantial resources if both the above captioned cases were assigned to the same district judge.  The government informed counsel for Stuckey and counsel for Hoffmann of its intent to file this Notice of Related Cases, and no defense counsel indicated any objection.

Dated:  May 11, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney