

# MEMORANDUM

DATE:          March 12, 2021

TO:            Gabe Michel, Courtroom Deputy
               The Honorable John A. Mendez

FROM:      Candice L. Fields
               Attorney for Defendant Catherine Stuckey

RE:           United States v. Stuckey; 2:20-CR-00044-JAM

Gabe:

The sentencing hearing in the above-referenced matter is currently set to occur on May 25, 2021. The parties mutually agree to continue sentencing to **October 5, 2021**. The selected sentencing date appears to be available. The proposed Amended Schedule for Disclosure is as follows:

Date of Referral to Probation: Completed

Draft PSR disclosed to counsel no later than: 08/24/2021

Counsel's written objections to the Pre−Sentence Report shall
be delivered to the Probation Officer and opposing counsel no later than: 09/07/2021

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: 09/14/2021

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 09/21/2021

Reply or statement of non−opposition: 09/28/2021

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

                                   <u>*/s/ Candice L. Fields*</u>
                                   CANDICE L. FIELDS
                                   Attorney for defendant Catherine Stuckey

520 Capitol Mall, Suite 750, Sacramento, California 95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com