PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE STUCKEY,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-CR-00044-JAM<br><br>NOTICE OF REQUEST TO SEAL FOUR-PAGE SUPPLEMENT AND REQUEST TO SEAL DOCUMENTS |

　　　　Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Sam Stefanki, provides notice that it is requesting to file under seal: (i) a four-page supplement filed with the Court in connection with the criminal prosecution of defendant Catherine Stuckey based upon the concerns articulated in the government's Request to Seal Documents; and (ii) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

///
///
///
///
///
///

The aforementioned documents were electronically transmitted to the Court on May 21, 2021. Copies of the documents were provided to the defendant's counsel via email on May 13, 2021.

Dated: May 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney