1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00044-JAM

12 | Plaintiff, | **ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE**

13 | v.

14 | CATHERINE STUCKEY,

15 | Defendant.

16

17  Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the four-page supplement pertaining to defendant

19  Catherine Stuckey, and the government's Request to Seal, shall be **SEALED** until further order of the

20  Court.

21  IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the

22  government and counsel for the defendant.

23  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest. The Court

26  further finds that, in the absence of closure, the compelling interests identified by the government would

27  be harmed.

28  ///

In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: 05/21/2021

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE