

## MEMORANDUM

DATE:   September 22, 2021

TO:   Gabe Michel, Courtroom Deputy
The Honorable John A. Mendez

FROM:   Candice L. Fields
Attorney for Defendant Catherine Stuckey

RE:   United States v. Stuckey; 2:20-CR-00044-JAM

Gabe:

The sentencing hearing in the above-referenced matter is currently set to occur on October 5, 2021. The parties mutually agree to continue sentencing to **January 11, 2022**. The selected sentencing date appears to be available. The proposed Amended Schedule for Disclosure is as follows:

Date of Referral to Probation:  Completed

Draft PSR disclosed to counsel no later than:  November 23, 2021

Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  December 7, 2021

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:  December 13, 2021

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  December 21, 2021

Reply or statement of non−opposition:  January 4, 2022

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

                                       _/s/ Candice L. Fields_
                                       CANDICE L. FIELDS
                                       Attorney for defendant Catherine Stuckey

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com