1   PHILLIP A. TALBERT
Acting United States Attorney
2   SAM STEFANKI
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  2:20-CR-00044-JAM

12                          Plaintiff,        STIPULATION REGARDING SENTENCING;
                                              [PROPOSED] ORDER
13              v.

14   CATHERINE STUCKEY,

15                          Defendant.

16

17                              **STIPULATION**

18          Plaintiff United States of America (the "government"), by and through its counsel of record, and

19   the defendant, by and through her counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for sentencing on January 11, 2022.  *See* ECF No.

21   79.  By this stipulation, the parties now move to re-set the matter for sentencing on March 15, 2022, and

22   request that the Court set the following schedule:

23              a)      Informal objections to the presentence investigation report ("PSR") shall be sent

24       to the assigned probation officer and the opposing party on or before February 15, 2022;

25              b)      A final PSR shall be filed by the probation officer on or before February 22, 2022;

26              c)      Formal objections to, and motions for correction of, the PSR shall be filed on or

27       before March 1, 2022;

28              d)      Sentencing memoranda shall be filed on or before March 8, 2022;

e)      Replies to objections to, and motions for correction of, the PSR shall be filed on or before March 8, 2022.

IT IS SO STIPULATED.

Dated:  December 14, 2021                          PHILLIP A. TALBERT
                                                                       Acting United States Attorney


                                                                        /s/ SAM STEFANKI
                                                                       SAM STEFANKI
                                                                       Assistant United States Attorney



Dated:  December 14, 2021                           /s/ CANDICE FIELDS
                                                                       CANDICE FIELDS
                                                                       Counsel for Defendant
                                                                       CATHERINE STUCKEY

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**[PROPOSED] ORDER**

This matter is hereby SET for judgment and sentencing on March 15, 2022.  The parties shall appear before the Court at that date and time.  The Court hereby ADOPTS the following schedule:

1.     Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before February 15, 2022;

2.     A final PSR shall be filed by the probation officer on or before February 22, 2022;

3.     Formal objections to, and motions for correction of, the PSR shall be filed on or before March 1, 2022;

4.     Sentencing memoranda shall be filed on or before March 8, 2022;

5.     Replies to objections to, and to motions for correction of, the PSR shall be filed on or before March 8, 2022.

IT IS SO ORDERED.

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE