PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>                    v.<br><br>CATHERINE STUCKEY,<br><br>                             Defendant. | CASE NO.  2:20-CR-00044-JAM<br><br>STIPULATION REGARDING SENTENCING; ORDER |

### STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on January 11, 2022.  *See* ECF No. 79.  By this stipulation, the parties now move to re-set the matter for sentencing on March 15, 2022, and request that the Court set the following schedule:

a)    Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before February 15, 2022;

b)    A final PSR shall be filed by the probation officer on or before February 22, 2022;

c)    Formal objections to, and motions for correction of, the PSR shall be filed on or before March 1, 2022;

d)    Sentencing memoranda shall be filed on or before March 8, 2022;

e)      Replies to objections to, and motions for correction of, the PSR shall be filed on or before March 8, 2022.

IT IS SO STIPULATED.

Dated:  December 14, 2021                              PHILLIP A. TALBERT
                                                      Acting United States Attorney


                                                      /s/ SAM STEFANKI
                                                      SAM STEFANKI
                                                      Assistant United States Attorney



Dated:  December 14, 2021                              /s/ CANDICE FIELDS
                                                      CANDICE FIELDS
                                                      Counsel for Defendant
                                                      CATHERINE STUCKEY

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER**

This matter is hereby SET for judgment and sentencing on March 15, 2022 at 9:30 AM.  The parties shall appear before the Court at that date and time.  The Court hereby ADOPTS the following schedule:

1.      Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before February 15, 2022;

2.      A final PSR shall be filed by the probation officer on or before February 22, 2022;

3.      Formal objections to, and motions for correction of, the PSR shall be filed on or before March 1, 2022;

4.      Sentencing memoranda shall be filed on or before March 8, 2022;

5.      Replies to objections to, and to motions for correction of, the PSR shall be filed on or before March 8, 2022.

IT IS SO ORDERED.

DATED:  December 17, 2021                    /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT COURT JUDGE