1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00044-JAM

12                        Plaintiff,       STIPULATION REGARDING SENTENCING;
                                           [PROPOSED] ORDER
13              v.

14  CATHERINE STUCKEY,

15                        Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America (the "government"), by and through its counsel of record, and

19  the defendant, by and through her counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for sentencing on March 15, 2022.  By this

21  stipulation, the parties now move to re-set the matter for sentencing on August 23, 2022, and request that

22  the Court set the following schedule:

23              a)      Informal objections to the presentence investigation report ("PSR") shall be sent

24        to the assigned probation officer and the opposing party on or before July 19, 2022;

25              b)      A final PSR shall be filed by the probation officer on or before August 2, 2022;

26              c)      Formal objections to, and motions for correction of, the PSR shall be filed on or

27        before August 9, 2022;

28              d)      Sentencing memoranda shall be filed on or before August 16, 2022;

STIPULATION AND [PROPOSED] ORDER RE              1
SENTENCING

1    e)    Replies to objections to, and motions for correction of, the PSR shall be filed on

2    or before August 16, 2022.

3

4    IT IS SO STIPULATED.

5

6    Dated:  March 10, 2022                              PHILLIP A. TALBERT
                                                         United States Attorney
7

8                                                        /s/ SAM STEFANKI
                                                         SAM STEFANKI
9                                                        Assistant United States Attorney

10

11

12   Dated:  March 10, 2022                              /s/ CANDICE FIELDS
                                                         CANDICE FIELDS
13                                                       Counsel for Defendant
                                                         CATHERINE STUCKEY
14

15

16

17                              **[PROPOSED] ORDER**

18        This matter is hereby SET for judgment and sentencing on August 23, 2022.  The parties shall

19   appear before the Court at that date and time.  The Court hereby ADOPTS the schedule regarding the

20   PSR and associated briefing contained in the parties' stipulation.

21        IT IS SO ORDERED.

22

23

24                                                       _____
                                                         THE HONORABLE JOHN A. MENDEZ
25                                                       UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                    2
SENTENCING