PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00044-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| CATHERINE STUCKEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 15, 2022. By this stipulation, the parties now move to re-set the matter for sentencing on August 23, 2022, and request that the Court set the following schedule:

    a)  Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before July 19, 2022;

    b)  A final PSR shall be filed by the probation officer on or before August 2, 2022;

    c)  Formal objections to, and motions for correction of, the PSR shall be filed on or before August 9, 2022;

    d)  Sentencing memoranda shall be filed on or before August 16, 2022;

e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before August 16, 2022.

IT IS SO STIPULATED.

Dated: March 10, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: March 10, 2022

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
CATHERINE STUCKEY

## ORDER

This matter is hereby SET for judgment and sentencing on August 23, 2022, at 9:30 AM. The parties shall appear before the Court at that date and time. The Court hereby ADOPTS the schedule regarding the PSR and associated briefing contained in the parties' stipulation.

IT IS SO ORDERED.

DATED: March 10, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE