CANDICE L. FIELDS
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Catherine Stuckey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-00044-JAM |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REQUEST TO SEAL DOCUMENTS** |
| CATHERINE STUCKEY, | |
| Defendant. | |

    Counsel for Catherine Stuckey provides notice that a Request to Seal Documents is being filed regarding Ms. Stuckey. The documents sought to be sealed are a Notice of Motion and Motion to appoint counsel, Ms. Stuckey's CJA 23 Financial Affidavit, and supporting Declaration of Candice L. Fields (collectively "Documents"). The basis for sealing is as follows: The Documents contain attorney-client privileged communications, protected attorney work product, and confidential financial information.

    The Request to Seal Documents and the Documents will be electronically mailed to the Court for consideration. For the above-stated reasons, they will not be served on any other party.

Dated: April 21, 2022

                                        Respectfully submitted,

                                        /s/ Candice L. Fields
                                        Attorney for Defendant
                                        CATHERINE STUCKEY