UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE STUCKEY, <br><br> Defendant. | No.  2:20-CR-00044-JAM <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

The Court finds that, for the reasons stated in the defendant's Request to Seal Documents, good cause exists to seal the defendant's Motion To Appoint Counsel, Financial Affidavit, and supporting Declaration Of Candice L. Fields (collectively "Documents").

IT IS HEREBY ORDERED that the Documents shall be SEALED until further order of this Court.

DATED:  April 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE