UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-00044-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |
| CATHERINE STUCKEY, | |
| Defendant. | |

The Court finds that, for the reasons stated in the defendant's Motion For Appointment of Counsel and based upon the defendant's completed CJA 23 Financial Affidavit submitted to the Court, the defendant is eligible for appointment of counsel. Good cause therefore exists to assign the defendant's case to the Federal Defender's Office for representation.

The Court further finds that, based upon cost-savings and the need for continuity of counsel, the interests of justice will be served by appointing Candice L. Fields to represent the defendant under the CJA. She is hereby appointed as of the date this Order is signed.

**IT IS SO ORDERED.**

DATED: April 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE