

## MEMORANDUM

DATE: August 21, 2022

TO: Gabe Michel, Courtroom Deputy
The Honorable John A. Mendez

FROM: Candice L. Fields
Attorney for Defendant Catherine Stuckey

RE: United States v. Stuckey; 2:20-CR-00044-JAM

Gabe:

The sentencing hearing in the above-referenced matter is currently set to occur on August 23, 2022. The parties mutually agree to continue sentencing to **January 25, 2023**. The selected sentencing date appears to be available. The proposed Amended Schedule for Disclosure is as follows:

Date of Referral to Probation:  Completed

Draft PSR disclosed to counsel no later than:  November 23, 2022

Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  December 7, 2022

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:  December 14, 2022

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  January 11, 2023

Reply or statement of non−opposition:  January 18, 2023

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

　　　　　　　　　　　　　　　　　　　_/s/ Candice L. Fields_
　　　　　　　　　　　　　　　　　　　CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　　　Attorney for defendant Catherine Stuckey

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com