

# MEMORANDUM

DATE:      January 20, 2023

TO:        Gabe Michel, Courtroom Deputy
           The Honorable John A. Mendez

FROM:      Candice L. Fields
           Attorney for Defendant Catherine Stuckey

RE:        United States v. Stuckey; 2:20-CR-00044-JAM

Gabe:

The sentencing hearing in the above-referenced matter is currently set to occur on January 25, 2023. The parties mutually agree to continue sentencing to **July 18, 2023**. The proposed Amended Schedule for Disclosure is as follows:

Date of Referral to Probation:  Completed

Draft PSR disclosed to counsel no later than:  June 6, 2023

Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  June 20, 2023

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:  June 27, 2023

Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  July 5, 2023.

Reply or statement of non−opposition:  July 11, 2023

If this amended schedule and selected sentencing date is approved by the Court, please accept this request for new dates. Thank you.

            /s/ Candice L. Fields
            CANDICE L. FIELDS
            Attorney for defendant Catherine Stuckey

---

Candice Fields Law, PC
400 Capitol Mall, Suite 1620, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com