PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00044-JAM |
| Plaintiff, | STIPULATION REGARDING SENTENCING; [PROPOSED] ORDER |
| v. | |
| CATHERINE STUCKEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Catherine Stuckey, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 18, 2023. By this stipulation, the parties now move to re-set the matter for sentencing on December 12, 2023, and request that the Court set the following schedule:

   a) A draft presentence investigation report ("PSR") shall be filed by the assigned probation officer on or before October 17;

   b) Informal objections to the draft PSR shall be sent to the assigned probation officer and the opposing party on or before November 7;

   c) A final PSR shall be filed by the probation officer on or before November 14;

///

d) Any motions for correction of the final PSR shall be filed on or before November 21;

e) Oppositions to any motions for correction of the PSR shall be filed on or before November 28.

IT IS SO STIPULATED.

Dated: July 12, 2023           PHILLIP A. TALBERT
                               United States Attorney

                               /s/ SAM STEFANKI
                               SAM STEFANKI
                               Assistant United States Attorney

Dated: July 12, 2023           /s/ CANDICE FIELDS
                               CANDICE FIELDS
                               Counsel for Defendant
                               CATHERINE STUCKEY

## [PROPOSED] ORDER

This matter is hereby SET for judgment and sentencing on December 12, 2023. The parties shall appear before the Court at that date and time. The Court hereby ADOPTS the schedule regarding the PSR and associated briefing contained in the parties' stipulation.

IT IS SO ORDERED.

                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE