PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE STUCKEY,<br><br>Defendant. | CASE NO. 2:20-cr-00044-JAM<br><br>**STIPULATION REGARDING SENTENCING; ORDER** |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Catherine Stuckey, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 18, 2023. By this stipulation, the parties now move to re-set the matter for sentencing on December 12, 2023, and request that the Court set the following schedule:

   a) A draft presentence investigation report ("PSR") shall be filed by the assigned probation officer on or before October 17;

   b) Informal objections to the draft PSR shall be sent to the assigned probation officer and the opposing party on or before November 7;

   c) A final PSR shall be filed by the probation officer on or before November 14;

///

d)   Any motions for correction of the final PSR shall be filed on or before November 21;

e)   Oppositions to any motions for correction of the PSR shall be filed on or before November 28.

IT IS SO STIPULATED.

| Dated:  July 12, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated:  July 12, 2023 | /s/ CANDICE FIELDS<br>CANDICE FIELDS<br>Counsel for Defendant<br>CATHERINE STUCKEY |

## ORDER

This matter is hereby **SET** for judgment and sentencing on **December 12, 2023, at 09:00 a.m**. The parties shall appear before the Court at that date and time.  The Court hereby **ADOPTS** the schedule regarding the PSR and associated briefing contained in the parties' stipulation.

**IT IS SO ORDERED**.

Dated: July 12, 2023            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE