

# MEMORANDUM

DATE: February 6, 2024

TO: Courtroom Deputy for
The Honorable John A. Mendez

FROM: Candice L. Fields
Attorney for Defendant Catherine Stuckey

RE: United States v. Stuckey; 2:20-CR-00044-JAM


The sentencing hearing in the above-referenced matter is currently set to occur on February 13, 2024. The parties mutually agree to continue sentencing to **February 27, 2024**. All deadlines related to the current Schedule for Disclosure are already complete. Only the parties' briefing remains due.

This continuance is at defense counsel's request so that an appropriate sentencing memorandum may be prepared and filed in advance of the sentencing hearing.

>  */s/ Candice L. Fields*
>  CANDICE L. FIELDS
>  Attorney for defendant Catherine Stuckey

Candice Fields Law, PC
400 Capitol Mall, Suite 1620, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com