CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Catherine Stuckey

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00044-JAM |
|---|---|
| Plaintiff, | |
| v. | **SEALING ORDER** |
| CATHERINE STUCKEY, | DATE: February 13, 2024 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

Following review of the Request to Seal Documents and the documents sought to be sealed, the Court hereby **GRANTS** the Request.

Documents bates-stamped "Stuckey 001-009" shall be **SEALED** and shall remain under seal until further Order of the Court.

Dated: February 08, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE