1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:20-cr-00044-JAM
12 |                    Plaintiff,    | **ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE**
13 |          v.                     |
14 | CATHERINE STUCKEY,               |
15 |                    Defendant.    |

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's three-page motion pertaining to

19 defendant Catherine Stuckey, as well as the government's Request to Seal, shall be **SEALED** until

20 further order of the Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. United States*

24 *District Court*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the

25 government's request, sealing the government's motion serves a compelling interest. The Court further

26 finds that, in the absence of closure, the compelling interests identified by the government would be

27 harmed. In light of the public filing of its request to seal, the Court further finds that there are no

28 ///

additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: February 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE