IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00044-JAM |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING EARLY** |
| v. | ) | **TERMINATION OF SUPERVISED** |
| | ) | **RELEASE** |
| CATHERINE STUCKEY, | ) | |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

On August 13, 2025, Defendant filed a Motion for Early Termination of Supervised Release. <u>See</u> ECF No. 115. On August 18, 2025, the Government filed a statement of non-opposition. <u>See</u> ECF No. 116. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby **TERMINATES** the terms of supervised release imposed in the above-referenced case and **DISCHARGES** CATHERINE STUCKEY for the reasons set forth in her unopposed Motion.

The Court **FURTHER ORDERS** that any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.

August 22, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Order Granting Early Termination of Supervised Release